UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL DEMONZE LOVE, | No. 2:21-cv-00652-TLN-CKD P |
| Plaintiff, | |
| v. | ORDER |
| CDCR HEALTH CARE SERVICES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 12, 2022, defendants filed a motion to opt-out of the Post-Screening ADR Pilot Project.  ECF No. 27.  Upon review of the motion, the court finds good cause to grant defendants' request and to vacate the settlement conference scheduled in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 31) is granted.

2. The settlement conference scheduled for September 2, 2022 at 10:00 a.m. before Magistrate Judge Barnes is vacated.

3. The writ of habeas corpus ad testificandum issued on July 28, 2022 (ECF No. 30) is also vacated.  The Clerk of Court is requested to serve a copy of this order via fax or email

1

1 | on the Litigation Office at the California Medical Facility at (707) 469-6006.

2 | 4. The stay of this action is lifted.

3 | 5. Defendant Alomoda shall file a responsive pleading within thirty days from the date of
4 | this order.

Dated: August 19, 2022

*Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/love0652.optout.docx

2