IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL DEMONZE LOVE,**<br><br>                              Plaintiff,<br><br>       **v.**<br><br>**CDCR HEALTH CARE SERVICES, et al.,**<br><br>                              Defendants. | 2:21-cv-00652-TLN-CKD<br><br>**ORDER** |

Good cause appearing, Defendants' request for a forty-five (45) day extension of time to file a motion to compel discovery responses and dispositive motions is GRANTED.  Defendants may file a motion to compel on or before March 6, 2023, and a dispositive motion on or before May 29, 2023.

Dated:  January 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE